IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02595-WYD-MEH

MALIBU MEDIA, LLC.,

    Plaintiff,

v.

JOHN DOES 1-37,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 16, 2012.**

    In light of Chief Judge Daniel's Order to Show Cause [docket #10], Plaintiff's Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference and Incorporated Memorandum of Law [filed October 2, 2012; docket #8] is **denied without prejudice**. Plaintiff may renew its motion once Chief Judge Daniel has determined the appropriate number of Defendants, and thus, the extent of the discovery to which Plaintiff may be entitled in this case.