IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02595-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-37,

    Defendants.

---

## ORDER

---

THIS MATTER comes before the Court on plaintiff, Malibu Media, LLC's, Notice Of Voluntary Dismissal Without Prejudice Of All John Doe Defendants [ECF No. 18], filed on February 13, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, this action should be dismissed without prejudice.  Accordingly, it is

ORDERED that the above captioned case is **DISMISSED WITHOUT PREJUDICE**.

Dated: February 14, 2013.

                                            BY THE COURT:

                                            <u>/s/ Wiley Y. Daniel</u>
                                            Wiley Y. Daniel
                                            Senior U.S. District Judge